# United States Court of Appeals
## For the First Circuit

No. 19-2095

THE BLACKSTONE HEADWATERS COALITION, INC.,

Plaintiff, Appellant,

v.

GALLO BUILDERS, INC.; ARBORETUM VILLAGE, LLC;
STEVEN A. GALLO; and ROBERT H. GALLO,

Defendants, Appellees.

**ERRATA SHEET**

The opinion of this Court, issued on April 26, 2021, is amended as follows:

On page 12, line 23, replace "comparable this subsection" with "comparable to this subsection."